219 F.2d 444
 Edward P. SWIERSZCZ, Plaintiff-Appellant,
v.
ESSO SHIPPING COMPANY, Defendant-Appellee.
 No. 179.
 Docket 23285.
 United States Court of Appeals, Second Circuit.
 Argued February 11, 1955.
 Decided February 11, 1955.
 
 Appeal from a judgment of the United States District Court for the Southern District of New York; Thomas F. Murphy, Judge.
 Silas Blake Axtell, New York City (Martin G. Stein, Brooklyn, N. Y., of counsel), for plaintiff-appellant.
 Matthew L. Danahar, New York City, Kirlin, Campbell & Keating, New York City, for defendant-appellee.
 Before CLARK, Chief Judge, HINCKS, Circuit Judge, and SMITH, District Judge.
 PER CURIAM.
 
 
 1
 Judgment affirmed in open court.